STATE OF MAINE
CUMBERLAND, ss

SUPERIOR COURT
CIVIL ACTION
Docket No. RE-10-197
*NM - CuM - 2/1/2013*

JP MORGAN CHASE BANK,
NATIONAL ASSOCIATION,
successor by merger to CHASE
HOME FINANCE LLC,

Plaintiff

v.

HANNAH MCCHESNEY,

Defendant

ORDER

1 FEB '13 AM10:40

The plaintiff seeks a summary judgment on its complaint for foreclosure. The defendant opposes the plaintiff's motion for summary judgment and requests summary judgment in her favor.

The plaintiff has failed to establish the foundation necessary for consideration of Affiant Donna J. Gilkerson's testimony and the business records referred to in her affidavit.[1] (Gilkerson Aff. ¶¶ 1-2, 4-7.) See Beneficial Maine, Inc. v. Carter, 2011 ME 77, ¶¶ 15-16, 25 A.3d 96; HSBC Mortgage Services, Inc. v. Murphy, 2011 ME 59, ¶ 10, 19 A.3d 815; M.R. Evid. 803(6); M.R. Civ. P. 56(e).

The plaintiff also failed to cite correctly to portions of the record that support key statements of material fact. (Pl.'s S.M.F. ¶¶ 1, 3-4, 6-9, 18; Gilkerson Aff. ¶¶ 3-7.) See M.R. Civ. P. 56(h)(4). The plaintiff has not addressed the modification of the loan in the statement of material facts. (See Gilkerson Aff. ¶ 8.) Finally, although the plaintiff filed

---

[1] The plaintiff has not provided adequate information to show that Affiant Gilkerson is qualified to testify about the records created by Chase Manhattan Mortgage Corporation and Chase Home Finance LLC.

a notice or merger,[2] the relationship among the entities is not addressed in the statement of facts. (Pl.'s S.M.F. ¶ 15.)

The court declines to grant summary judgment in the defendant's favor, as questions of material fact remain regarding ownership of the note and mortgage. (Def.'s A.S.M.F. ¶¶ D1-D2; Schofield Aff. ¶¶ 3-6.)

The entry is

The Plaintiff's Motion for Summary Judgment is DENIED.

The Defendant's Request for Summary Judgment is DENIED.

Dated: 1·31·13

Nancy Mills
Justice, Superior Court

---

[2] No motion for substitution of parties was filed. M.R. Civ. P. 25.

CHASE HOME FINANCE LLC VS HANNAH MCCHESNEY
UTN:AOCSsr  -2010-0049317                          CASE #:PORSC-RE-2010-00197
--------------------------------------------------------------------------------

04 0000009451              SANTIAGO, MICHELLE
    ONE PORTLAND SQUARE 5TH FL PO BOX 31 PORTLAND ME 04112
    F      HANNAH MCCHESNEY                          DEF        RTND    08/20/2010
                                                                W/DRWN  10/24/2011

05 0000004454              SCHOFIELD, GERALD B
    746 HIGH STREET BATH ME 04530
    F      HANNAH MCCHESNEY                          DEF        RTND    06/08/2012

CHASE HOME FINANCE LLC VS HANNAH MCCHESNEY
UTN:AOCSsr  -2010-0049317                          CASE #:PORSC-RE-2010-00197
--------------------------------------------------------------------------------

01 0000007035              ABBONDANZA, RICHARD
    511 CONGRESS STREET SUITE 801   PORTLAND ME 04101
    F      HANNAH MCCHESNEY                          DEF        RTND    08/20/2010

02 0000000118              THELIN, PAUL E
    7 OCEAN ST PO BOX 2412 SOUTH PORTLAND ME 04116-2412
    F      CHASE HOME FINANCE LLC                    PL         RTND    05/17/2010

03 0000008571              GAMACHE, JEROME J
    7 OCEAN ST PO BOX 2412 SOUTH PORTLAND ME 04116-2412
    F      CHASE HOME FINANCE LLC                    PL         RTND    09/29/2011